**COPY**

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § § | B-04-018 |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. B-03-054 |
| RICK COTULLA, HECTOR DE LEON, HUGO GARCIA, OVE GARCIA, JOSE A. GARZA, JUAN GOMEZ, MICHAEL GRIMALDO, DANIEL GROVES, RON HALL AND HECTOR HERNANDEZ, | § § § § § § § | |
| Defendants. | § | |

## ORDER OF SEVERANCE

The Clerk is hereby ORDERED to sever Defendant JOSE A. GARZA from this case. Defendant Jose A. Garza shall be assigned a new and distinct cause number. The Clerk shall then transfer certified copies of the pleadings and entries pertaining to Defendant Jose A. Garza to the newly-created case file. Specifically, the clerk shall transfer certified copies of the Plaintiff's complaint (Docket No. 1), the summons issued for Jose A. Garza (entered on 3/12/03, but no docket number), the order referring the case to Judge Recio (Docket No. 13), return of service for Jose A. Garza (Docket No. 16), the minute entries from hearings in which Jose A. Garza was discussed (Docket Nos. 17 and 23), Defendant Jose A. Garza's answer (Docket No. 34), and a copy of this order. The clerk shall not, however, transfer the scheduling order from cause number B-03-054 to the new case file, as a scheduling conference will be set in the new case and a new scheduling order will then be prepared and issued.

IT IS SO ORDERED this 5th day of February, 2004.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk