B-04-018

4

JOSE A. GARZA      CAME TO HAND ON 8-20-03  2:00 P.M.

# RETURN OF SERVICE

CAB-03-54      16

Service of the Summons and complaint was made by me[1]   DATE: 8-21-03  10:48 P.M.

TITLE: Deputy Constable Pct 2

Check one box below to indicate appropriate method of service:

United States District Court
Southern District of Texas
FILED

AUG 2 8 2003

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant.

Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MARIBEL RAMIREZ
1405 E. JEFFERSON ST. BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_____
Signature of Server

974 E. HARRISON ST. Brownsville, TEXAS 78520
Address of Server

ABEL PEREZ JR.
Constable Pct. 2
Cameron County

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
### THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff

VS.

    SUMMONS IN A CIVIL CASE:

    CASE NUMBER:   B-03-054

RICK COTULLA, HECTOR DE LEON,
HUGO GARCIA, OVE GARCIA, JOSE A.
GARZA, JUAN GOMEZ, MICHAEL GRIMALDO,
DANIEL GROVES, RON HALL AND HECTOR
HERNANDEZ

    Defendants

TO:   JOSE A. GARZA
       1405 E. JEFFERSON, #110
       BROWNSVILLE, TX 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Lecia L. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Tx 78520
(956) 542-7441

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                               DATE


_____
BY DEPUTY CLERK