B-04-018 

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   R Pinales
CSO                :   Figueroa
Law Clerk          :   M Knicely
Interpreter        :   not needed
Date               :   October 31, 2003 at 09:00 a.m.
```

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-54**

DIRECTV, INC.                *         Lecia Chaney

vs                           *

Rick Cotulla et al           *

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Miguel Salinas present for defendant Michael Grimaldo;
No other defendants are present;

Ms Chaney provides a status as to each defendant;
Counsel states she will be filing Motions to Dismiss for Defendants Rick Cotulla, Hector de Leon, Hugo Garcia, Ove Garcia, Juan Gomez, Ron Hall and Hector Hernandez; Counsel further states that defendants Jose A Garza and Daniel Groves have settled;

Ms Chaney and Mr Salinas, counsel for defendant Grimaldo, have agreed to trial dates and counsel have executed and filed and Consent to Proceed before a Magistrate Judge;

Court adjourned.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
by _____ Deputy Clerk