```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   B Pinales
CSO                :   T Yanez
Law Clerk          :   M Knicely
Interpreter        :   not needed
Date               :   September 17, 2003 at 2:00 p.m.
```

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-54

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

DIRECTV, INC.            *            Lecia Chaney

vs                       *

Rick Cotulla et al       *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Miguel Salinas present for defendant Michael Grimaldo;
No other defendants are present;

Ms Chaney provides a status as to each defendant;
Counsel states there is an exiting settlement in the case of defendants Jose A Garza and Daniel Groves;

The Court voices a concern for the defendants who have not been served;

The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
          Deputy Clerk