*8*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DIRECTV, INC.                          *

vs                                     *    CIVIL ACTION NO. B04-018

JOSE A. GARZA                          *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

===============================================================

### Initial Pretrial & Scheduling Conference

**March 15, 2004, at 2:00 p.m.**


**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

===============================================================

PLACE:        U.S. Federal Building & Courthouse
              600 E. Harrison, 2nd Floor
              Brownsville, TX 78520

===============================================================


**BY ORDER OF THE COURT**


February 12, 2004


cc:     all counsel