# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED
MAR 1 5 2004
Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:       M Garcia
ERO:         B Vasquez
Law Clerk:   M Knicley
CSO:         Figueroa

Date:        March 15, 2004 at 2:09 p.m.

## CV NO. B-04-018 (HGT)

| DIRECTV, INC. | * | L Chaney |
|---|---|---|
| vs | | |
| JOSE A GARZA | * | C CISNEROS |

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

L Chaney present for Plaintiff;
C Cisneros present for defendant;

Plaintiff's attorney states the case has settled and are awaiting paperwork;

Counsel execute a Form 636 in open Court;

Plaintiff's attorney to file the Judgement;

Court adjourned.