================================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
================================================================

DIRECTV, INC.                          *

VS                                     *   C.A. NO. B-04-018

JOSE A. GARZA                          *

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] Chaney | DTV | 3-15-04 |
| [signature] Carlos Casasus [signature] | Jose Garza | 3-15-04 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

3/15/04
Date

[signature]
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**