UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

DIRECTV, INC.                *

vs                           *   CIVIL ACTION NO. B04-018
                                              (636(c))
JOSE A. GARZA                *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Status Conference

**August 5, 2004, at 2:00 p.m.**

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

July 28, 2004

cc:   All Counsel