IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-04-018 |
| JOSE A. GARZA, | § | |
| Defendant. | § | |

## MOTION TO CONTINUE STATUS CONFERENCE
### (UNOPPOSED)

DIRECTV files this its Motion to Continuance of the status conference currently scheduled for August 5, 2004 for the following reasons:

Counsel for DIRECTV is enrolled in a continuing legal education course on August 5, 2004 in San Antonio, Texas and requests a short continuance of this matter so she may attend. This Motion is supported by Counsel's affidavit attached hereto.

WHEREFORE, DIRECTV requests that this Motion for Continuance be granted and that the final pre-trial conference in this matter be reset for a date certain in the future.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499

**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611
1201 E. Van Buren St.

P.O. Box 2155
Brownsville, Texas 78522
Telephone   (956) 542-7441
Telefax     (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Garza is unopposed to this Motion.

Dated: July 29, 2004

_____
Lecia Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Carlos H. Cisneros, P.C.
845 E. Harrison, Ste. A
Brownsville, Tx 78520

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 29th day of July, 2004.

_____
Lecia L. Chaney

# AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § §|
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, on this day personally appeared Lecia Chaney, a person known to me to be the person whose name is subscribed to this affidavit, who being duly sworn did depose and say as follows:

"My name is Lecia Chaney. I am over eighteen years of age, and am fully competent and authorized to make this affidavit. I am an attorney of record for DIRECTV in this matter and I have prepared the attached Motion for Continuance. I aver that the statements made in the Motion are true and correct.

Further Affiant sayeth not."

_____
Lecia Chaney

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this 29th of July, 2004.

_____
Notary Public in and for
The State of Texas

_____
Name of Notary, typed or printed

LUPITA ROCHA
Notary Public, State of Texas
My Commission Expires
May 21, 2005

My Commission Expires:
05-21-05