IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, Inc., §
§
    Plaintiff, §
§
v. § No. CIV. B-04-018
§ (636(c))
JOSE A. GARZA, §
§
    Defendant. §

## ORDER

Plaintiff's Motion for a Continuance of the August 5, 2004 status conference has been received and considered. The Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED & DECREED that the final pre-trial conference is rescheduled for the 3rd day of September, 2004 at 9:00 a.m.

Signed this 2d day of August, 2004 in Brownsville, Texas.

PRESIDING JUDGE