UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BRONSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Direct TV, Inc., | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-054 |
| | § | 13-04-18 |
| Jose A. Garza | § | |
| *Defendant* | § | |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CARLOS H. CISNEROS from the law office of *CARLOS H. CISNEROS, P.C.* and asks this court to allow him to withdraw as attorney for Respondent, JOSE A. GARZA in the above entitled and numbered cause. In support of this motion, Movant would show unto the Court as follows:

I.

There is good cause to grant this motion. A conflict exists between Respondent and Movant. Therefore, Movant respectfully requests that this Honorable Court allow Movant to withdraw as attorney of record herein.

II.

Movant has noticed Respondent of this withdrawal in person and via fax. He has also been informed of his right to object to such withdrawal. Respondent does not object to said withdrawal.

III.

Respondent's last known address in *1405 E. Jefferson St., #110, Brownsville, Cameron County, Texas 78520.* His place of business is *Radio Communication Garza,*

*S.A. de C.V. at 5a Abasolo y Matamoros #159, Zona Centro, H. Matamoros, Tam. C.P. 87300, MX.*

IV.

The following are the current deadlines in this case: *Settlement Agreement to be submitted by July 20, 2004.* Respondent has not returned the numerous phone calls and messages left with his secretary on several occasions regarding the document he needed to review, sign, and return to be submitted. Furthermore, Movant has gone to respondent's place of business to look for him on several occasions to no avail.

For this reason, Movant, CARLOS H. CISNEROS from the law office of *CARLOS H. CISNEROS, P.C.*, asks this Honorable Court to grant his Motion to Withdraw.

Respectfully submitted,
*CARLOS H. CISNEROS, P.C.*

By: _____
Carlos H. Cisneros
State Bar No. 00793508
Fed. Id. No. 21865
1002 E. Taylor Street
Brownsville, Texas 78520
Telephone: (956) 504-2260
Telefax: (956) 504-5988

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw was forwarded via regular U.S. mail and/or certified mail, return receipt requested to the following parties on this the 31st day of August, 2004.

<div style="padding-left: 2em;">

Jose A. Garza
1405 E. Jefferson St., #110
Brownsville, Texas 78520

Jose A. Garza
*Radio Comunicacion Garza, S.A.deC.V.*
5a Abasolo y Matamoros #159, Centro
H. Matamoros, Tam., C.P. 87300   MX.

Hon. Lecia L. Chaney
*Rodriguez, Colvin & Chaney, L.L.P.*
1201 E. Van Buren St.
P. O. Box 2155
Brownsville, Texas 78522

</div>

*CARLOS H. CISNEROS, P.C.*

BY: _____
Carlos H. Cisneros

# EXHIBIT A

# CARLOS H. CISNEROS, P.C.

*Attorney - Counselor - Mediator*
845 E. Harrison St., Ste. A
Brownsville, Texas 78520
Tel: (956) 504-2260
Fax (956) 504-5988
E-mail: chcisneros_atty@hotmail.com

## FAX COVER SHEET

DATE: July 23, 2004                               TIME: 2:00 P.M.

Please deliver the following (7) pages to:

NAME:   Jose Garza
        Mrs. Lecia L. Chaney

FAX NO.:  011528688136245/138401
          956.541.2170

RE:     FYI. *DirecTV v. Jose Garza*

OPERATORS NAME:  Leo for Hon. Carlos H. Cisneros

### CONFIDENTIALITY MESSAGE

This facsimile message is legally privileged and contains confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.    Thank you.

# CARLOS H. CISNEROS, P.C.

Attorney – Counselor – Mediator
845 E. Harrison, Ste. A
Brownsville, Texas 78520
Email: chcisneros_atty@hotmail.com
Tel.956.504.2260/Fax.956.504.5988

---

23 de Julio, 2004

Lic. Jose Abelardo Garza  *Via Fax 011528688136245/138401*
Radio Comunicacion Garza
Calle 5A, No. 150
Entre Abasolo y Matamoros
H. Matamoros, Tamaulipas 87300

    RE: *Su Caso y DirecTV*

Dear Licenciado Garza:

    I've been waiting for you to deliver to my office the signed settlement documents which I, personally, hand-delivered to you well over three weeks ago. My office has called your business, repeatedly, and left messages for you to either 1) return my calls or 2) come by and drop the executed settlement agreement with the initial payment. Our requests have fallen on deaf ears.

    Judge Felix Recio is demanding to know if this case is settled or not. From my conversations with you, I was under the impression that we had reached a settlement with the Plaintiff. Ms. Chaney, the attorney for DirecTV and I represented to the Court that this case had settled. However, due to your lack of cooperation I am inclined to believe that you've lost interest in having this matter resolved.

    Thus, I am providing you with a courtesy copy of the Motion to Withdraw as Counsel of Record that I will be filing with the Court next week. If I don't hear from you by Wednesday, July 28, 2004, I can only assume that you are in agreement that I be allowed to withdraw and will do so, upon the Court having approved my request.

    If you should have any questions, please feel free to call my office.

                         Sincerely,

                          *Carlos H. Cisneros, P.C.*

                          Carlos H. Cisneros

cc: Lecia L. Chaney
    client's file

```
*************************************************************
*                                                           *
*                    TRANSACTION REPORT                     *
*                                            JUL-23-04 02:22 PM *
*          `OR:                                             *
* ─────────────────────────────────────────────────────────  *
*    SEN[                                                   *
*                                                           *
*  D4`E    START      RECEIVER            PAGES    TIME   NOTE *
* ─────────────────────────────────────────────────────────  *
*  JUL-23  02:17 PM  011528683１362457      7      4'05"   OK  *
* ─────────────────────────────────────────────────────────  *
*************************************************************
```

```
***********************************************************************
*                                                                     *
*                      TRANSACTION REPORT                             *
*                                             JUL-23-04 02:58 PM      *
*         FOR:                                                        *
*  ─────────────────────────────────────────────────────────────────  *
*         SEND                                                        *
*                                                                     *
*   DATE   START    RECEIVER           PAGES    TIME    NOTE          *
*  ─────────────────────────────────────────────────────────────────  *
*  JUL-23 02:54 PM  5412170              8      3'40"   OK            *
*  ─────────────────────────────────────────────────────────────────  *
***********************************************************************
```