16

COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knisely |
| Interpreter | : | not needed |
| Date | : | **September 1, 2004 at 2:35 pm** |

United States District Court
Southern District of Texas
FILED

SEP 01 2004

Michael N. Milby
Clerk of Court

**CIVIL CASE NO. B-04-18 (636(c))**

| | | |
|---|---|---|
| **DIRECTV, INC.** | * | Lecia Chaney |
| vs | * | |
| Jose A Garza | * | Carlos Cisneros |

### STATUS CONFERENCE

Lecia Chaney present for Plaintiff;
Carlos Cisneros present for the Defendant;

Mr Cisneros has filed a Motion to W/Draw as attorney and states the facts behind the Motion;

The Court will **DENY** the Motion to Withdraw at this time;

Court will set out a scheduling order in this case and mail to the attorneys;

Court adjourned.