IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIRECTV, Inc., | § |
| Plaintiff, | § |
| v. | § No. CIV. B-04-018 |
| | § (636(c)) |
| JOSE A. GARZA, | § |
| Defendant. | § |

**ORDER GRANTING MOTION TO WITHDRAW
ADDITIONAL COUNSEL OF RECORD**

On this day the Court considered the Motion to Withdraw Additional Counsel of Record filed by Plaintiff, DirecTV, and Greer, Herz & Adams, LLP. After considering the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw Additional Counsel for Plaintiff, DirecTV, is hereby granted, and Robert A. Swofford is hereby withdrawn as additional Counsel for Plaintiff, DirecTV.

SIGNED FOR ENTRY on this 27th day of September, 2004.

_____
PRESIDING JUDGE