IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
|     Plaintiff, | § § § | |
| v. | § | No. CIV. B-04-018 |
| JOSE A. GARZA, | § § | |
|     Defendant. | § | |

## AGREED JUDGMENT

On this day, came on to be heard the above entitled and numbered cause, wherein DIRECTV, Inc. is the Plaintiff and Jose A. Garza is the Defendant.

DIRECTV, Inc., by its attorney, and Jose A. Garza, by his attorney, announce to the Court that they have resolved their controversy and have reached an Agreed Judgment herein without any party admitting any liability or culpability with regard to the controversy, and the Court, having considered same, is of the opinion that it should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff, DIRECTV, Inc. shall have and recover from the Defendant, Jose A. Garza, judgment as follows:

1. The sum of $4,000.00 as damages incurred by DIRECTV, Inc.;

2. Post judgment interest at the rate of _____ percent (_____%) per year from the date of this agreed judgment until paid.

3. DIRECTV, Inc. shall have all writs of execution and other process necessary to enforce the judgment.

SIGNED this _____ day of _____, 2004.

                                                                                                                        UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

By: *(signature)*
Lecia L. Chaney
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, Tx 78522-2155
Tel:   (956) 542-7441
Fax:   (956) 541-2170
ATTORNEY FOR PLAINTIFF DIRECTV, INC.

By: *(signature)*
Carlos H. Cisneros, P.C.
845 E. Harrison, Ste. A
Brownsville, Tx 78520
Tel:   (956) 504-2260
Fax:   (956) 504-5988
ATTORNEY FOR DEFENDANT JOSE A. GARZA