**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. CIV. B-04-018** |
| | § | **(636(c))** |
| **JOSE A. GARZA,** | § | |
| **Defendant.** | § | |

## AGREED JUDGMENT

On this day, came on to be heard the above entitled and numbered cause, wherein DIRECTV, Inc. is the Plaintiff and Jose A. Garza is the Defendant.

DIRECTV, Inc., by its attorney, and Jose A. Garza, by his attorney, announce to the Court that they have resolved their controversy and have reached an Agreed Judgment herein without any party admitting any liability or culpability with regard to the controversy, and the Court, having considered same, is of the opinion that it should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff, DIRECTV, Inc. shall have and recover from the Defendant, Jose A. Garza, judgment as follows:

1. The sum of $4,000.00 as damages incurred by DIRECTV, Inc.;

2. Post judgment interest at the rate of _____2.77%_____ per year from the date of this agreed judgment until paid.

3. DIRECTV, Inc. shall have all writs of execution and other process necessary to enforce the judgment.

SIGNED this __6th__ day of ____January____, 2004.


_____
UNITED STATES MAGISTRATE JUDGE

AGREED JUDGMENT                                                                 PAGE 1

**APPROVED AS TO FORM AND SUBSTANCE:**


By: _____
      Lecia L. Chaney
      Rodriguez, Colvin, Chaney & Saenz, LLP
      1201 E. Van Buren
      P.O. Box 2155
      Brownsville, Tx  78522-2155
      Tel:    (956) 542-7441
      Fax:    (956) 541-2170
      ATTORNEY FOR PLAINTIFF DIRECTV, INC.


By: _____
      Carlos H. Cisneros, P.C.
      845 E. Harrison, Ste. A
      Brownsville, Tx  78520
      Tel:    (956) 504-2260
      Fax:    (956) 504-5988
      ATTORNEY FOR DEFENDANT JOSE A. GARZA